**Rosann HERNDON, Respondent,**

v.

**Thomas Rigg HERNDON, Appellant.**

**No. WD 45526.**

Missouri Court of Appeals,
Western District.

Dec. 22, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 22, 1992.

Application to Transfer Denied
March 23, 1993.

Nancy A. Beardsley, Kansas City, for appellant.

Joseph Locascio, Kansas City, for respondent.

Before ULRICH, P.J., and SHANGLER and FENNER, JJ.

## ORDER

PER CURIAM.

Appeal from a decree of dissolution of marriage dissolving the marriage of parties, dividing marital assets, awarding custody of and support for minor children and contribution towards attorney fees.

Judgment affirmed.   Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Terry HARTMAN, Appellant.**

**No. WD 46282.**

Missouri Court of Appeals,
Western District.

Dec. 29, 1992.

Motion for Rehearing and/or Transfer to Supreme Court Denied Dec. 22, 1992.

Application to Transfer Denied
March 23, 1993.

Mona K. Spencer, Liberty, for appellant.

Robert B. Paden, Pros. Atty., DeKalb County, Maysville, for respondent.

Before BRECKENRIDGE, P.J., and SHANGLER and SPINDEN, JJ.

## ORDER

PER CURIAM.

Terry Hartman appeals from a conviction of assault in the third degree, § 565.070.-1(4), RSMo 1986, and from a sentence of 30 days' confinement and fine of $100.

We affirm the judgment pursuant to Rule 30.25(b).